

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-12-01143-CV

**John B. Kennedy**

**v.**

**The State of Texas**

NO. 1320351 IN THE 178TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| RPT RECORD | $839.00 | 02/08/2014 | UNKNOWN | UNK |
| FILING | $195.00 | 01/14/2014 | INDIGENT | ANT |

### The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,034.00.

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this March 13, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**